UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| BCBSM, Inc., d/b/a Blue Cross and Blue Shield of Minnesota, | |
| Movant, | Case No. 2:21-mc-09001-SRB |
| v. | *IN RE:* J.P., et al. v. BCBSM, Inc. |
| Change Academy at Lake of the Ozarks, LLC, | United States District Court District of Minnesota Case No. 18-cv-3472 (MJD/DTS) (D. Minn.) |
| Respondent. | **MOVANT'S NOTICE OF DISMISSAL** |

Movant BCBSM, Inc. pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, files this Notice of Dismissal without prejudice. In support Movant states:

1. On July 8, 2021, Movant filed the present action against Change Academy at Lake of the Ozarks, LLC ("Respondent").

2. Respondent is a non-party to a lawsuit filed in the United States District Court for the District of Minnesota, who failed to produce certain specified documents in accordance with Federal Rule of Civil Procedure 45.

3. Respondent has not filed an answer or a motion for summary judgment.

WHEREFORE, Movant dismisses this matter without prejudice.

Respectfully submitted,

**STINSON LLP**

*/s/ Charles W. Hatfield*
Charles W. Hatfield    MO# 40363
230 W. McCarty Street
Jefferson City, Missouri 65101
Telephone:    573-636-6263
Facsimile:    573-636-6231
chuck.hatfield@stinson.com

**ATTORNEY FOR MOVANT BCBSM, INC.**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 30, 2021, the above foregoing was filed with the Clerk of the Court using the CM/ECF filing system, which will send electronic notifications to all counsel of record.

*/s/ Charles W. Hatfield*
Attorney for Movant